# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC., | Civil No. 08-6451 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| FRESH EXPRESS, INC., | |
| Defendant. | |

_____

Jennifer Pirozzi and Patrick Rooney, **FAFINSKI MARK & JOHNSON, PA,** 775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344, for plaintiff.

E. Lynn Perry, **PERRY IP GROUP ALC,** Four Embarcadero Center, 39th Floor, San Francisco, CA 94111; Raffi Zerounian, **HARVEY SISKIND LLP**, Four Embarcadero Center, 39th Floor, San Francisco, CA 94111; Linda Thompson and Peter Mikhail, **KENNEDY & GRAVEN**, 200 South Sixth Street, Suite 470, Minneapolis, MN 55402, defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: June 24, 2009
at Minneapolis, Minnesota.

                                                                  s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                            United States District Judge