UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC., | Civil No. 08-6451 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| FRESH EXPRESS, INC., | |
| Defendant. | |

---

Jennifer Pirozzi and Patrick Rooney, **FAFINSKI MARK & JOHNSON, PA,** 775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344, for plaintiff.

E Lynn Perry, **PERRY IP GROUP ALC**, Four Embarcadero Center, 39th Floor, San Francisco, CA 94111; Linda Thompson and Peter Mikhail, **KENNEDY & GRAVEN**, 470 U.S. Bank Plaza, 200 South Sixth Street, Minneapolis, MN 55402; Raffi Zerounian, **HARVEY SISKIND LLP**, Four Embarcadero Center, 39th Floor, San Francisco, CA 94111, for defendant.

This matter is before the Court upon the parties' stipulation for extension of dismissal filed August 10, 2009.

Based upon all files, records and proceedings herein, **IT IS HEREBY ORDERED** that the parties' stipulation [Docket No. 46] is approved. The Court grants the parties a 30 day extension of time within which either party may file a motion in or reopen the above-captioned action.

DATED: August 12, 2009
at Minneapolis, Minnesota                         _____s/John R. Tunheim_____
                                                                    JOHN R. TUNHEIM
                                                                United States District Judge